UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN VERBURG et al.,

                 Plaintiffs,

v.

WELTMAN, WEINBERG &
REIS CO., L.P.A. et al.,

                 Defendants.

_____/

Case No. 1:13-cv-1328

HON. ROBERT J. JONKER

## PLAINTIFFS' MOTION FOR APPOINTMENT OF CLASS COUNSEL

Plaintiffs request that their attorneys Michael D. Nelson and Phillip C. Rogers be appointed class counsel pursuant to Rule 23 of the Federal Rules of Civil Procedure.


Dated: October 4, 2014

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiffs
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com


Dated: October 4, 2014

/s/ Michael O. Nelson
Michael O. Nelson (P23546)
Attorney for Plaintiffs
1104 Fuller N.E.
Grand Rapids, Michigan 49503
(616) 559-2665
mike@mnelsonlaw.com