UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN J. VERBURG et al.,

              Plaintiffs,

v.

WELTMAN, WEINBERG &
REIS CO., L.P.A. et al.,

              Defendants.
_____/

Case No. 1:13-cv-1328

HON. ROBERT J. JONKER

PLAINTIFFS' MOTION IN LIMINE

Trial in this action will be confined to the issues of bona fide error and damages. Plaintiffs move for an order barring Defendants from introducing evidence or argument that they are not liable for violation of the Fair Debt Collection Practices Act because they were mistaken as to the requirements of Michigan law governing garnishments. Plaintiffs submit that, as a matter of law, mistakes of state law cannot be the basis for a claim of bona fide error under 15 U.S.C. § 1692k(c).

Plaintiffs also move for an order barring Defendants from introducing other evidence or argument that their violations of the FDCPA should be excused for bona fide error because Defendants have disclosed no information indicating that they maintained procedures reasonably adapted to avoid those violations.

| | |
|---|---|
| Dated: August 14, 2017 | /s/ Phillip C. Rogers<br>Phillip C. Rogers (P34356)<br>Attorney for Plaintiffs<br>6140 28th Street, S.E., Suite 115<br>Grand Rapids, Michigan 49546<br>(616) 776-1176<br>ConsumerLawyer@aol.com |
| Dated: August 14, 2017 | /s/ Michael O. Nelson<br>Michael O. Nelson (P23546)<br>Attorney for Plaintiffs<br>1104 Fuller N.E.<br>Grand Rapids, Michigan 49503<br>(616) 559-2665<br>mnelson@michconsumerlaw.com |